United States District Court

Eastern District of Louisiana

Myer

v.                                    CIVIL ACTION NO. 2:00-cv-00099 F (2)

CGU


The record reflects that a Notice of Removal has been filed in the captioned case; accordingly,

Pursuant to 28 U.S.C. 1447(b), the removing party is directed to file within 10 days:

   (1) A list of all parties still remaining in this action;

   (2) Copies of all pleadings, including answers, filed by those parties in state court; and

   (3) Copies of the return on service of process on those parties filed in state court.


New Orleans, Louisiana, January 12, 2000.


By Direction of the Court

LORETTA G. WHYTE, CLERK



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JAN 11  A 11: 33

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

WAYNE MAXX MYER

versus

CGU INSURANCE

CIVIL ACTION NO.: **00-0099**

SECTION " "

MAGISTRATE ( )

**SECT. F MAG. 2**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PETITION FOR REMOVAL

NOW INTO COURT, through undersigned counsel, comes defendants, CGU Insurance, who, pursuant to 28 U. S. C. §1441 (B) seek removal of this matter and respectfully avers:

I.

This action arises out of a vehicular accident that "allegedly" occurred on November 29, 1997, in Orleans Parish, when plaintiff's vehicle was struck from the rear.

II.

Plaintiff's lawsuit was filed in Civil District Court for the Parish of Orleans, State of Louisiana on November 15, 1999, and a copy of the Petition for Damages (Exhibit A) setting forth an alleged claim for relief was served on defendant, CGU Insurance, through the Secretary of State, State of Louisiana, on December 15, 1999.

Fee $150.
Process
X Dktd
CtRmDep
Doc. No.

1.

III.

The matter in dispute states a claim pursuant to diversity for which the district courts of the United State have original jurisdiction as specified by 28 U. S. C. §1441 (B).

IV.

On December 17, 1999, plaintiff's counsel forwarded correspondence stating that plaintiff's claim amounts to $30,252.00 in special damages, with a quantum study on general damages ranging from $102,000.00 to $150,000.00.

V.

Defendant, CGU Insurance, is incorporated in the State of Delaware and its principle place of business is Boston, Massachusetts.

VI.

Plaintiff, Wayne Maxx Myer, is a resident of the Parish of Orleans, State of Louisiana.

VII.

Based on the citizenship of the parties, complete diversity exists between plaintiff and defendant.

VIII.

Petitioner has good and sufficient defenses to the plaintiff's claim for relief and dispute all rights to the relief prayed for in the Petition for Damages.

WHEREFORE, defendant prays for removal in the above entitled and numbered cause from the state court to this court.

Respectfully submitted,

Diane Kathleen O'Hara #1228
Attorney for CGU Insurance
7577 Westbank Expressway
Marrero, Louisiana 70072
(504) 340-2993

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Petition for Removal has been served on counsel of record by depositing same in the U.S. Mail, properly addressed to all and first class postage prepaid on the 11th day of January, 2000.

DIANE KATHLEEN O'HARA

3.