FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 DEC -7 PM 3: 06

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
FELDMAN, J.
December 7, 2000

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

WAYNE MAXX MYER                              *        CIVIL ACTION

VERSUS                                       *        NO. 00-99

CGU INSURANCE                                *        SECTION "F"

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise,

IT IS ORDERED that the action be and it is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated by that time.  The Court retains jurisdiction for all purposes expressed herein.

Fee ___
Process ___
X Dktd ___
CtRmDep ___
Doc.No. ___

DATE OF ENTRY

DEC 7 2000

COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN
SUBPOENAED, <u>EVERY WITNESS</u> MUST BE NOTIFIED BY COUNSEL NOT
TO APPEAR.

New Orleans, Louisiana, December 7, 2000.

MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE

Charles W. Ziegler, Esquire